Summons in a Civil Action (Rev 11/97)

FILED
2008 MAY 14 PM 1:31
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KNH DEPUTY

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

SAMMY'S PRODUCE, INC.,
Plaintiff

vs

HIERRO'S MARKET & CARNICERIA, INC., and EDUARDO HIERRO,
Defendants

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0860 H POR

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Bryan W. Pease
302 Washington St. #404
San Diego, CA 92103

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

MAY 14 2008
DATE

K. HAMMERLY
By , Deputy Clerk



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)