BRYAN W. PEASE (SB# 239139)
302 Washington St. #404
San Diego, CA 92103
Telephone: (619) 723-0369
Facsimile: (619) 923-1001
email: bryanpease@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY'S PRODUCE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HIERRO'S MARKET and EDUARDO HIERRO,<br><br>Defendants. | Civil Action, No.: 08 CV 0860 H POR<br><br>APPLICATION FOR TEMPORARY RESTRAINING ORDER WITHOUT NOTICE |

## I. APPLICATION

Upon the declaration of Yan Skwara, the President/CEO of Plaintiff Sammy's Produce, Inc., and the accompanying memorandum of points and authorities in support, plaintiff hereby moves the Court to issue a temporary restraining order under Rule 65 of the Federal Rules of Civil Procedure enforcing the statutory trust pursuant to Section 5(c) of the Perishable Agriculture Commodities Act, 7. U.S.C. § 499e(c), by restraining the transfer of any and all assets of Hierror's Market and Carniceria, Inc.

Dated: May 15, 2008

By: /s/ Bryan W. Pease
Bryan W. Pease
Attorney for Plaintiff