BRYAN W. PEASE (SB# 239139)
302 Washington St. #404
San Diego, CA 92103
Telephone: (619) 723-0369
Facsimile: (619) 923-1001
email: bryanpease@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY'S PRODUCE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HIERRO'S MARKET & CARNICERIA and EDUARDO HIERRO,<br><br>Defendants. | Civil Action, No.: 08 CV 0860 H POR<br><br>DECLARATION OF YAN SKWARA IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING ORDER WITHOUT NOTICE AND PRELIMINARY INJUNCTION |

Yan Skwara, being duly sworn, deposes and says:

1. I am the President and CEO of Sammy's Produce, Inc. and make this declaration in support of an application for emergency relief pursuant to Rule 65 of the Federal Rules of Civil Procedure.

2. I am personally familiar with all matters which are the subject of this proceeding and the facts set forth in this declaration are within my personal knowledge. If called upon as a witness, I would and could competently testify to all facts stated in this declaration.

3. Sammy's Produce, Inc. is a corporation with a principal place of business in San Diego, California, which sells wholesale quantities of perishable agricultural commodities (hereafter "produce"). Sammy's Produce is a produce dealer subject to and licensed under the

Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. § 499a *et seq*. (hereafter "PACA").

4. a. Defendant, Hierro's Market & Carniceria, Inc. ("Hierro's Market") , is a produce dealer as defined by 7 U.S.C. § 499a and operates subject to and is licensed under the PACA.

b. Upon information or belief, Eduardo Hierro is and was responsible for the day-to-day operations of Hierro's Market during the time in question and was in a position of control over the PACA trust assets belonging to Sammy's Produce.

5. The sales and accounts receivable records of Sammy's Produce, including invoices and account statements, are made in the ordinary course of business and are made at or near the time of the occurrence of the event of which they are a record. These business records are made by me or under my direction and supervision by employees whose duty it is to prepare such documents.

6. Between June 8, 2007 and July 27, 2007 Sammy' s Produce sold and delivered to defendants, in interstate commerce, various wholesale lots of produce worth $96,547.59, which remains unpaid. True and correct copies of the outstanding invoices are attached hereto as Exhibit 1 and are herein incorporated by reference.

7. Defendants accepted the produce received from Sammy's Produce.

10. Sammy's Produce preserved its interest in the PACA trust in the amount of $96,547.59 by timely delivering invoices to defendants, which contained the language Required under Section 5(c) of the PACA, 7 U.S.C. § 499ae(c). (See Exhibit 1 attached hereto).

11. Defendants are obligated to hold in trust all produce-related assets received from the sale of produce in order to pay $96,547.59 to Sammy' s Produce.

12. Defendants have not disputed the debt in any way, and they have sent several checks to plaintiff that were returned by the bank for insufficient funds, in direct violation of the trust provisions of the PACA. True and correct copies of these returned checks are attached as Exhibit 2 and herein incorporated by reference.

13. Defendants' failure, refusal and inability to pay demonstrate that defendants are failing to maintain sufficient assets in the statutory trust and are dissipating assets.

14. Unless the assets of the defendant corporation are frozen, it is likely that the trust assets will continue to be dissipated. As a result, Sammy's Produce will suffer immediate and irreparable harm because it will lose the trust assets and rights that are owed under the statute.

15. No provisional remedy has been secured or sought in this action, and no prior application has been made for the same or similar relief as sought herein.

I declare under penalty of perjury that the foregoing is true and correct to my knowledge, except those matters alleged on the basis of information or belief, and as to those matters, I believe them to be true.

Executed on May 15, 2008

By: SAMMY'S PRODUCE, INC.

Yan Skwara
President/CEO

Exhibit 1

731-4255

SAMMY'S Produce, Inc.

P.O. Box 95 Vista, CA 92085
Business: 760-631-4250
Fax: 760-631-4255

# Invoice

| DATE | INVOICE # |
|---|---|
| 06/08/2007 | 1650 |
| **TERMS** | **DUE DATE** |
| NET 21 | 06/29/2007 |

| BILL TO |
|---|
| Hierro's Market<br>24602 Raymond Way<br>Lakeforest, CA 92630 |

| SHIP DATE | SHIP VIA | TRACKING # | P.O. NUMBER | F.O.B. |
|---|---|---|---|---|
| 06/08/2007 | Sammy's | 14532 | AG | Origin |

| QUANITY | CODE / DESCRIPTION | UNIT PRI( | AMOUNT |
|---|---|---|---|
| 88 | • 4x5 Tomatoes | 9.50 | 836.00 |
| 80 | • Roma Tomatoes XL | 11.00 | 880.00 |
| 192 | • Mangos - 22's | 4.50 | 864.00 |
| 192 | • Mangos - 14's | 7.00 | 1,344.00 |
| 2 | • Oranges | 150.00 | 300.00 |
| 3 | • Watermelon | 110.00 | 330.00 |
| | | TOTAL | $4,554.00 |

remaining balance
$ 1,739.00

Shipper's Number: 14532

Date: 6/8/07

# MOTOR CARRIER

## STRAIGHT BILL OF LADING

FOR EXEMPT COMMODITIES

**Original Non-negotiable**

| LICENSE | State | Number |
|---|---|---|
| TRUCK | | |
| TRAILER | | |

(NAME AND ADDRESS OF CARRIER)

RECEIVED, from the shipper named herein, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of the Bill of Lading, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the motor carrier, the shipper, and the truck broker, if any.

TO (Name and Address of Consignee): Hierros Market

P.O. #: all

FROM:
Sammy's Produce
1280 N. Melrose
Vista, CA 92083
(760)631-4250

DESTINATION: Lake Forest CA

STOP-OFF INSTRUCTIONS

Loaded at: (Specify location of cooler; packinghouse; field, etc.)

Truck Broker, if any: (Name and Address)

Motor Carrier Arranged for by ..... CONSIGNEE ☐ SHIPPER ☐

| No. Packages | Description of articles and special marks | |
|---|---|---|
| 88 | Cut 4x5 Tomatoes #12637 Pinos | 9 50 |
| 80 | cnts Romas XL #12655 | 11 00 |
| 192 | Mangos Ataulfos L 22's #12689 | 4 50 |
| 192 | Mangos Ataulfos 14's #12689 | 7 80 |
| 2 | Bins Oranges @ 150 00 | |
| 3 | Bins w/melons @ 110 00 #12691 | |
| | | 836 00 |
| | | 880 00 |
| | | 864 00 |
| | | 1344 00 |
| | | 300 00 |
| | | 330 00 |
| | 06/08/07 | 4554 |

FREIGHT CHARGES TO BE PAID BY

☐ SHIPPER ☐ RECEIVER

The agreed or declared value of the property is hereby specifically stated by the shipper to be not in excess of $ ______

| TEMP. RECORDER | RECORDER # | CHART # |
|---|---|---|
| | | |
| | LOW | HIGH |
| TEMPERATURE RANGE TO BE MAINTAINED | | |
| | DATE | TIME |
| LOAD COMPLETED | | |

(SHIPPER)
Sammy's Produce
1280 N. Melrose
Vista, CA 92083
(760)631-4250

Signature of Consignor

SPECIAL INSTRUCTIONS

DRIVER RECEIVED ABOVE PERISHABLE PROPERTY IN GOOD ORDER AND VERIFIED COUNT, EXCEPT AS NOTED.

Signed ______ Date ______

TELEPHONE RECEIVER EVERY MORNING:

CONSIGNEE'S RECEIPT

Phone: ______ (area code) (number)

Date: ______ Signed: ______

SAMMY'S Produce, Inc.

P.O. Box 95 Vista, CA 92085
Business: 760-631-4250
Fax: 760-631-4255

# Invoice

| DATE | INVOICE # |
|---|---|
| 07/03/2007 | 2027 |
| **TERMS** | **DUE DATE** |
| NET 21 | 07/24/2007 |

| BILL TO |
|---|
| Hierro's Market<br>24602 Raymond Way<br>Lakeforest, CA 92630 |

| SHIP DATE | SHIP VIA | TRACKING # | P.O. NUMBER | F.O.B. |
|---|---|---|---|---|
| 07/03/2007 | Sammy's | 113971 | AG | Origin |

| QUANITY | CODE / DESCRIPTION | UNIT PRI( | AMOUNT |
|---|---|---|---|
| 1936 | • Watermelon - Seedless | 0.08 | 154.88 |
| 1946 | • Watermelon | 0.08 | 155.68 |
| 84 | • Tomatoes | 3.50 | 294.00 |
| | | TOTAL | [illegible] |

Shipper's Number: 113971

Date: 7/3/07

# MOTOR CARRIER
## STRAIGHT BILL OF LADING
### FOR EXEMPT COMMODITIES
**Original Non-negotiable**

| LICENSE | State | Number |
|---|---|---|
| TRUCK | | |
| TRAILER | | |

**NAME AND ADDRESS OF CARRIER)**

RECEIVED, from the shipper named herein, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of the Bill of Lading, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the motor carrier, the shipper, and the truck broker, if any.

TO (Name and Address of Consignee): Hierros Market

P.O. #: al

FROM: **Sammy's Produce, Inc.**
1280 N. Melrose
Vista, CA 92083
(760) 631-4250

DESTINATION: Lake Forest

STOP-OFF INSTRUCTIONS

Loaded at: (Specify location of cooler; packinghouse; field, etc.)

Truck Broker, if any: (Name and Address)

*Motor Carrier Arranged for by ..... CONSIGNEE ☐ SHIPPER ☐*

| No. Packages | Description of articles and special marks |
|---|---|
| 2 | Bins w/melons Seedless @ .8 ¢ LB- 1936- LB'S LH-12767 154 85 |
| 2 | Bins w/melon Seedless LH-12767 @ .8 ¢ LB. 1946. LB'S 155.65 |
| 84 | cut Tomatos- @ ~~4~~ 3 50 LH 12767 294 ~~378 00~~ |
| | 07/03/07 Total ~~688 50~~ 604 56 |

***FREIGHT CHARGES TO BE PAID BY***

☐ ***SHIPPER*** ☐ ***RECEIVER***

*The agreed or declared value of the property is hereby specifically stated by the shipper to be not in excess of* $ ________

| TEMP. RECORDER | RECORDER # | CHART # |
|---|---|---|
| | | |
| | **LOW** | **HIGH** |
| TEMPERATURE RANGE TO BE MAINTAINED | | |
| | **DATE** | **TIME** |
| LOAD COMPLETED | | |

(SHIPPER) **Sammy's Produce, Inc.**
1280 N. Melrose
Vista, CA 92083
(760) 631-4250

Signature of Consignor

SPECIAL INSTRUCTIONS

TELEPHONE RECEIVER EVERY MORNING:

Phone: ________ (area code) (number)

DRIVER RECEIVED ABOVE PERISHABLE PROPERTY IN GOOD ORDER AND VERIFIED COUNT, EXCEPT AS NOTED.

Signed ________ Date ________

CONSIGNEE'S RECEIPT

Date: ________ Signed: ________

SAMMY'S
Produce, Inc.
P.O. Box 95 Vista, CA 92085
Business: 760-631-4250
Fax: 760-631-4255

# Invoice

| DATE | INVOICE # |
|---|---|
| 07/07/2007 | 2122 |
| **TERMS** | **DUE DATE** |
| NET 21 | 07/28/2007 |

**BILL TO**

Hierro's Market
24602 Raymond Way
Lakeforest, CA 92630

| SHIP DATE | SHIP VIA | TRACKING # | P.O. NUMBER | F.O.B. |
|---|---|---|---|---|
| 07/07/2007 | Sammy's | 114087 | AG | Origin |

| QUANITY | CODE / DESCRIPTION | UNIT PRI( | AMOUNT |
|---|---|---|---|
| 40 | • Tomatoes | 6.50 | 260.00 |
| 64 | • Roma Tomatoes Med. | 9.85 | 630.40 |
| 1433 | • Watermelon | 0.10 | 143.30 |
| 43 | • Tomatoes - XL | 9.50 | 408.50 |
| | | TOTAL | $1,442.20 |

Shipper's Number: 114087

Date: 7/7/07

# MOTOR CARRIER
## STRAIGHT BILL OF LADING
FOR EXEMPT COMMODITIES

**Original Non-negotiable**

| LICENSE | State | Number |
|---|---|---|
| TRUCK | | |
| TRAILER | | |

NAME AND ADDRESS OF CARRIER)

RECEIVED, from the shipper named herein, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of the Bill of Lading, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the motor carrier, the shipper, and the truck broker, if any.

TO (Name and Address of Consignee): Hierros Market

P.O. #: ay

FROM: Sammy's Produce, Inc.
1280 N. Melrose
Vista, CA 92083
(760) 631-4250

DESTINATION: ~~[illegible]~~ Lake Forest

STOP-OFF INSTRUCTIONS

Loaded at: (Specify location of cooler; packinghouse; field, etc.)

Truck Broker, if any: (Name and Address)

Motor Carrier Arranged for by ..... CONSIGNEE ☐ SHIPPER ☐

| No. Packages | Description of articles and special marks | |
|---|---|---|
| ~~50~~ 40 | crt ~~[illegible]~~ Tomatoes #25 LNO 12781 @ 6.50 | 260.00 |
| ~~80~~ 64 | crt Romos med- exo LNO 12783 @ 9.85 | ~~608.~~ 630.40 |
| 2 | Bins W/melons Seedless LNO 12767 1433. @ .10 | 143.30 |
| 13 | Granlo - XL Tower 9.50 | 408.50 |

FREIGHT CHARGES TO BE PAID BY

☐ SHIPPER ☐ RECEIVER

The agreed or declared value of the property is hereby specifically stated by the shipper to be not in excess of $ ________

| TEMP. RECORDER | RECORDER # | CHART # |
|---|---|---|
| | | |

| | LOW | HIGH |
|---|---|---|
| TEMPERATURE RANGE TO BE MAINTAINED | | |

| | DATE | TIME |
|---|---|---|
| LOAD COMPLETED | | |

ENTERED

07/07/07

(SHIPPER) Sammy's Produce, Inc.
1280 N. Melrose
Vista, CA 92083
(760) 631-4250

[signature] $1,442.20

Signature of Consignor

SPECIAL INSTRUCTIONS

TELEPHONE RECEIVER EVERY MORNING:

Phone: ________ (area code) ________ (number)

DRIVER RECEIVED ABOVE PERISHABLE PROPERTY IN GOOD ORDER AND VERIFIED COUNT, EXCEPT AS NOTED.

Signed ________ Date ________

CONSIGNEE'S RECEIPT

Date: ________ Signed: ________

SAMMY'S
Produce, Inc.

P.O. Box 95 Vista, CA 92085
Business: 760-631-4250
Fax: 760-631-4255

# Invoice

| DATE | INVOICE # |
|---|---|
| 07/15/2007 | 2206 |
| **TERMS** | **DUE DATE** |
| NET 21 | 08/05/2007 |

**BILL TO**

Hierro's Market
24602 Raymond Way
Lakeforest, CA 92630

| SHIP DATE | SHIP VIA | TRACKING # | P.O. NUMBER | F.O.B. |
|---|---|---|---|---|
| 07/15/2007 | Sammy's | 114179 | AG | Origin |

| QUANITY | CODE / DESCRIPTION | UNIT PRI( | AMOUNT |
|---|---|---|---|
| 75 | • Chili Pepper | 2.60 | 195.00 |
| 50 | • Mexican Chili Pepper | 2.80 | 140.00 |
| 200 | • Guajillo Chili Pepper | 3.40 | 680.00 |
| 75 | • California Chili | 1.90 | 142.50 |
| | | TOTAL | $1,157.50 |

Shipper's Number 114179

Date 7/15/07

# MOTOR CARRIER
## STRAIGHT BILL OF LADING
FOR EXEMPT COMMODITIES

Original Non-negotiable

| LICENSE | State | Number |
|---|---|---|
| TRUCK | | |
| TRAILER | | |

(NAME AND ADDRESS OF CARRIER)

RECEIVED, from the shipper named herein, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of the Bill of Lading, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the motor carrier, the shipper, and the truck broker, if any.

TO (Name and Address of Consignee): Hierros Market

P.O. #: ay

DESTINATION: Inkforest

FROM: Sammy's Produce, Inc.
1280 N. Melrose
Vista, CA 92083
(760) 631-4250

STOP-OFF INSTRUCTIONS

Loaded at: (Specify location of cooler; packinghouse; field, etc.)

Truck Broker, if any: (Name and Address)

Motor Carrier Arranged for by ..... CONSIGNEE ☐ SHIPPER ☐

FREIGHT CHARGES TO BE PAID BY
☐ SHIPPER ☐ RECEIVER

| No. Packages | Description of articles and special marks |
|---|---|
| 75 | LB. chile pepper pasilla c. 2.60 — 3 x 25LB $195.00 |
| 50 | LB chile pepper New Mex 2 x 25LB c. 2.80 $140.00 |
| 200 | LB chile pepper Guajillo 8 x 25LB c. 3.40 680.00 |
| 75 | LB chile pepper Calif 3 x 25LB 1.90 142.50 |

07/15/07

$ 1157.50

The agreed or declared value of the property is hereby specifically stated by the shipper to be not in excess of $ ______

| TEMP. RECORDER | RECORDER # | CHART # |
|---|---|---|
| | | |

| | LOW | HIGH |
|---|---|---|
| TEMPERATURE RANGE TO BE MAINTAINED | | |

| | DATE | TIME |
|---|---|---|
| LOAD COMPLETED | | |

(SHIPPER) Sammy's Produce, Inc.
1280 N. Melrose
Vista, CA 92083
(760) 631-4250

Signature of Consignor

PECIAL INSTRUCTIONS

ELEPHONE RECEIVER EVERY MORNING:

ione: ______ (area code) (number)

DRIVER RECEIVED ABOVE PERISHABLE PROPERTY IN GOOD ORDER AND VERIFIED COUNT, EXCEPT AS NOTED.

Signed ______ Date ______

CONSIGNEE'S RECEIPT

Date: ______ Signed: ______

SAMMY'S
Produce, Inc.
P.O. Box 95 Vista, CA 92085
Business: 760-631-4250
Fax: 760-631-4255

# Invoice

| DATE | INVOICE # |
|---|---|
| 07/16/2007 | 2204 |
| **TERMS** | **DUE DATE** |
| NET 21 | 08/06/2007 |

| BILL TO |
|---|
| Hierro's Market<br>24602 Raymond Way<br>Lakeforest, CA 92630 |

| SHIP DATE | SHIP VIA | TRACKING # | P.O. NUMBER | F.O.B. |
|---|---|---|---|---|
| 07/16/2007 | Sammy's | 114183 | AG | Origin |

| QUANITY | CODE / DESCRIPTION | UNIT PRI( | AMOUNT |
|---|---|---|---|
| 2068 | • Watermelon | 0.11 | 227.48 |
| 192 | • Mangos - 12's | 2.00 | 384.00 |
| | | TOTAL | $611.48 |

Shipper's Number: 114183
Date: 7/16/07

# MOTOR CARRIER
## STRAIGHT BILL OF LADING
FOR EXEMPT COMMODITIES

**Original Non-negotiable**

| LICENSE | State | Number |
|---|---|---|
| TRUCK | | |
| TRAILER | | |

(NAME AND ADDRESS OF CARRIER)

RECEIVED, from the shipper named herein, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of the Bill of Lading, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the motor carrier, the shipper, and the truck broker, if any.

TO (Name and Address of Consignee): Hierro Market
P.O. #: ay

FROM: **Sammy's Produce, Inc.**
1280 N. Melrose
Vista, CA 92083
(760) 631-4250

DESTINATION: Lake Forest,

STOP-OFF INSTRUCTIONS

Loaded at: (Specify location of cooler; packinghouse; field, etc.)

| No. Packages | Description of articles and special marks |
|---|---|
| 3 | Bins w/melons. seedless (2068 LB C .11) 227.48 |
| 92 | Mangs Tommys 125 ? ~~0.35~~ ~~480~~ C: 2.00 384.60 |
| | Eduardo Hierro |
| | [illegible] ~~227.48~~ |
| | total 611.48 |

Truck Broker, if any: (Name and Address)

Motor Carrier Arranged for by . . . . . CONSIGNEE ☐ SHIPPER ☐

**FREIGHT CHARGES TO BE PAID BY**

☐ SHIPPER ☐ RECEIVER

The agreed or declared value of the property is hereby specifically stated by the shipper to be not in excess of $ ______

| TEMP. RECORDER | RECORDER # | CHART # |
|---|---|---|
| | | |

| | LOW | HIGH |
|---|---|---|
| TEMPERATURE RANGE TO BE MAINTAINED | | |

| | DATE | TIME |
|---|---|---|
| LOAD COMPLETED | | |

(SHIPPER) **Sammy's Produce, Inc.**
1280 N. Melrose
Vista, CA 92083
(760) 631-4250

Signature of Consignor

SPECIAL INSTRUCTIONS

TELEPHONE RECEIVER EVERY MORNING:

Phone: ______ (area code) ______ (number)

DRIVER RECEIVED ABOVE PERISHABLE PROPERTY IN GOOD ORDER AND VERIFIED COUNT, EXCEPT AS NOTED.

Signed ______ Date ______

CONSIGNEE'S RECEIPT

Date: 7/17/07 Signed: X

SAMMY'S
Produce, Inc.
P.O. Box 95 Vista, CA 92085
Business: 760-631-4250
Fax: 760-631-4255

# Invoice

| DATE | INVOICE # |
|---|---|
| 07/21/2007 | 2223 |
| **TERMS** | **DUE DATE** |
| NET 21 | 08/11/2007 |

**BILL TO**

Hierro's Market
24602 Raymond Way
Lakeforest, CA 92630

| SHIP DATE | SHIP VIA | TRACKING # | P.O. NUMBER | F.O.B. |
|---|---|---|---|---|
| 07/21/2007 | Sammy's | 114263 | AG | Origin |

| QUANITY | CODE / DESCRIPTION | UNIT PRI | AMOUNT |
|---|---|---|---|
| 80 | • Roma Tomatoes | 8.85 | 708.00 |
| 10 | • Potatoes - 70's | 10.50 | 105.00 |
| | | TOTAL | $813.00 |

Shipper's Number: 114263

Date: 7/21/07

# MOTOR CARRIER
## STRAIGHT BILL OF LADING
FOR EXEMPT COMMODITIES

Original Non-negotiable

LICENSE

| | State | Number |
|---|---|---|
| TRUCK | | |
| TRAILER | | |

(NAME AND ADDRESS OF CARRIER)

RECEIVED, from the shipper named herein, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of the Bill of Lading, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the motor carrier, the shipper, and the truck broker, if any.

TO (Name and Address of Consignee): Hierros Market

P.O. #: 24

FROM: Sammy's Produce, Inc.
1280 N. Melrose
Vista, CA 92083
(760) 631-4250

DESTINATION: Lakeforest -

STOP-OFF INSTRUCTIONS

Loaded at: (Specify location of cooler; packinghouse; field, etc.)

Truck Broker, if any: (Name and Address)

Motor Carrier Arranged for by ..... CONSIGNEE ☐ SHIPPER ☐

| No. Packages | Description of articles and special marks | |
|---|---|---|
| 30 | Romaes Lansa, Expo Fresh 1218 | 8 75 |
| 10 | Potatos - 70's | 10.50 |

708.00
105
$ 813.00

FREIGHT CHARGES TO BE PAID BY

☐ SHIPPER ☐ RECEIVER

The agreed or declared value of the property is hereby specifically stated by the shipper to be not in excess of $ ____________

| TEMP. RECORDER | RECORDER # | CHART # |
|---|---|---|
| | | |
| | **LOW** | **HIGH** |
| TEMPERATURE RANGE TO BE MAINTAINED | | |
| | **DATE** | **TIME** |
| LOAD COMPLETED | | |

(SHIPPER) Sammy's Produce, Inc.
1280 N. Melrose
Vista, CA 92083
(760) 631-4250

Signature of Consignor

SPECIAL INSTRUCTIONS

TELEPHONE RECEIVER EVERY MORNING:

Phone: ____________ (area code) ____________ (number)

DRIVER RECEIVED ABOVE PERISHABLE PROPERTY IN GOOD ORDER AND VERIFIED COUNT, EXCEPT AS NOTED.

Signed ____________ Date ____________

CONSIGNEE'S RECEIPT

Date: ____________ Signed: [signature]

SAMMY'S
Produce, Inc.
P.O. Box 95 Vista, CA 92085
Business: 760-631-4250
Fax: 760-631-4255

# Invoice

| DATE | INVOICE # |
|---|---|
| 07/27/2007 | 2347 |
| **TERMS** | **DUE DATE** |
| NET 21 | 08/17/2007 |

**BILL TO**

Hierro's Market
24602 Raymond Way
Lakeforest, CA 92630

| SHIP DATE | SHIP VIA | TRACKING # | F.O.B. | SALES REP. |
|---|---|---|---|---|
| 07/27/2007 | Sammy's | 114349 | Origin | AG |

| QUANITY | CODE / DESCRIPTION | UNIT PRI( | AMOUNT |
|---|---|---|---|
| 80 | • Roma Tomatoes | 8.85 | 708.00 |
| 50 | • Tomatoes - XL | 6.00 | 300.00 |
| | | TOTAL | $1,008.00 |

✓

Shipper's Number: 114349

Date: 7/27/07

# MOTOR CARRIER
## STRAIGHT BILL OF LADING
FOR EXEMPT COMMODITIES

Original Non-negotiable

| LICENSE | State | Number |
| --- | --- | --- |
| TRUCK | | |
| TRAILER | | |

(NAME AND ADDRESS OF CARRIER)

RECEIVED, from the shipper named herein, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of the Bill of Lading, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the motor carrier, the shipper, and the truck broker, if any.

TO (Name and Address of Consignee): Hierros Market

P.O. #: C.O.D.

FROM: Sammy's Produce, Inc.
1280 N. Melrose
Vista, CA 92083
(760) 631-4250

DESTINATION: Lakeforest - CA

STOP-OFF INSTRUCTIONS: 949-588-0241

Loaded at: (Specify location of cooler; packinghouse; field, etc.)

Truck Broker, if any: (Name and Address)

Motor Carrier Arranged for by ..... CONSIGNEE ☐ SHIPPER ☐

| No. Packages | Description of articles and special marks |
| --- | --- |
| 80 | Romas Large 8.85 Lot # 12844 |
| 50 | XL Large - Tom - Lot # 12839 @ 6.00 |
| | 708.00 |
| | 300.00 |
| | $ 1008.00 |

ENTERED [stamp]

FREIGHT CHARGES TO BE PAID BY

☐ SHIPPER ☐ RECEIVER

The agreed or declared value of the property is hereby specifically stated by the shipper to be not in excess of $ ________

| TEMP. RECORDER | RECORDER # | CHART # |
| --- | --- | --- |
| | | |
| | LOW | HIGH |
| TEMPERATURE RANGE TO BE MAINTAINED | | |
| | DATE | TIME |
| LOAD COMPLETED | | |

(SHIPPER) Sammy's Produce, Inc.
1280 N. Melrose
Vista, CA 92083
(760) 631-4250

Signature of Consignor [signature]

SPECIAL INSTRUCTIONS

TELEPHONE RECEIVER EVERY MORNING:

Phone: ________ (area code) (number)

DRIVER RECEIVED ABOVE PERISHABLE PROPERTY IN GOOD ORDER AND VERIFIED COUNT, EXCEPT AS NOTED.

Signed [signature] Date 7/27/07

CONSIGNEE'S RECEIPT

Moises Navarro

Date: Signed:

SAMMY'S Produce, Inc.
P.O. Box 95 Vista, CA 92085
Business: 760-631-4250
Fax: 760-631-4255

# Invoice

| DATE | INVOICE # |
|---|---|
| 07/31/2007 | 2629 |
| **TERMS** | **DUE DATE** |
| NET 21 | 08/21/2007 |

**BILL TO**

Hierro's Market
24602 Raymond Way
Lakeforest, CA 92630

| SHIP DATE | SHIP VIA | TRACKING # | SALES REP. |
|---|---|---|---|
| 07/31/2007 | Sammy's | 114573 | AG |

| QUANITY | CODE / DESCRIPTION | UNIT PRI( | AMOUNT |
|---|---|---|---|
| 204 | • Mangos - 7's | 3.90 | 795.60 |
| | | TOTAL | $795.60 |

Shipper's Number **114573**

Date 7/31/2007

## MOTOR CARRIER
### STRAIGHT BILL OF LADING
FOR EXEMPT COMMODITIES

Original Non-negotiable

| LICENSE | State | Number |
|---|---|---|
| TRUCK | | |
| TRAILER | | |

(NAME AND ADDRESS OF CARRIER)

RECEIVED, from the shipper named herein, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of the Bill of Lading, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the motor carrier, the shipper, and the truck broker, if any.

TO (Name and Address of Consignee)
Hierro's Market & Carniceria

P.O. # AG

FROM: Sammy's Produce, Inc.
1280 N. Melrose
Vista, CA 92083
(760) 631-4250

DESTINATION
Lake Forest, CA 92630

STOP-OFF INSTRUCTIONS
None

Loaded at: (Specify location of cooler; packinghouse; field, etc.)
Vista, CA

Truck Broker, if any: (Name and Address)
None

| No. Packages | Description of articles and special marks | | | | |
|---|---|---|---|---|---|
| | 204 Mangoes 7's Atkins RCF | $ | 3.90 | $ | 795.60 |
| | LOT # 12891 | | | | |
| | Total: | | | | $ 795.60 |

Motor Carrier Arranged for by ..... CONSIGNEE ☐ SHIPPER ☐

FREIGHT CHARGES TO BE PAID BY

☐ SHIPPER ☐ RECEIVER

The agreed or declared value of the property is hereby specifically stated by the shipper to be not in excess of $ ____

| TEMP. RECORDER | RECORDER # | CHART # |
|---|---|---|
| None | | |

| | LOW | HIGH |
|---|---|---|
| TEMPERATURE RANGE TO BE MAINTAINED | 48 | 50 |

| | DATE | TIME |
|---|---|---|
| LOAD COMPLETED | 7/31/2007 | |

(SHIPPER) Sammy's Produce, Inc.
1280 N. Melrose
Vista, CA 92083
(760) 631-4250

Signature of Consignor

SPECIAL INSTRUCTIONS

TELEPHONE RECEIVER EVERY MORNING:

Phone: ____ (area code) (number)

DRIVER RECEIVED ABOVE PERISHABLE PROPERTY IN GOOD ORDER AND VERIFIED COUNT, EXCEPT AS NOTED.

Signed Adela G. Date ____

CONSIGNEE'S RECEIPT

Date: ____ Signed: ____

SAMMY'S
Produce, Inc.
P.O. Box 95 Vista, CA 92085
Business: 760-631-4250
Fax: 760-631-4255

# Invoice

| DATE | INVOICE # |
|---|---|
| 07/06/2007 | 2124 |
| **TERMS** | **DUE DATE** |
| NET 21 | 07/27/2007 |

| BILL TO |
|---|
| Hierro's Market - L.A. |

| SHIP DATE | SHIP VIA | TRACKING # | P.O. NUMBER | F.O.B. |
|---|---|---|---|---|
| 07/06/2007 | Sammy's | 114077 | AG | Origin |

| QUANITY | CODE / DESCRIPTION | UNIT PRI( | AMOUNT |
|---|---|---|---|
| 1428 | • Mangos - 12's | 6.15 | 8,782.20 |
| 1428 | • Mangos - 14's | 5.65 | 8,068.20 |
| 495 | • Mangos - 8's | 4.90 | 2,425.50 |
| 1069 | • Mangos - 9's | 4.90 | 5,238.10 |
| | | TOTAL | $24,514.00 |

remaining balance

$ 22,427.00

…per's Number: 114077

Date: 7/6/07

# MOTOR CARRIER

STRAIGHT BILL OF LADING
FOR EXEMPT COMMODITIES
Original Non-negotiable

| | LICENSE State | LICENSE Number |
|---|---|---|
| TRUCK | | |
| TRAILER | | |

(NAME AND ADDRESS OF CARRIER)

RECEIVED, from the shipper named herein, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of the Bill of Lading, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the motor carrier, the shipper, and the truck broker, if any.

TO (Name and Address of Consignee): Hierros Market

P.O. #: 24

FROM: Sammy's Produce, Inc.
1280 N. Melrose
Vista, CA 92083
(760) 631-4250

DESTINATION: PLA Los Angeles - CA

STOP-OFF INSTRUCTIONS

Loaded at: (Specify location of cooler; packinghouse; field, etc.)

| No. Packages | Description of articles and special marks |
|---|---|
| 1428 | Ataulfo Mango 12's @ 615 8782[20] |
| 1428 | Ataulfo Mango 14's @ 565 8068[20] |
| 495 | Mango 8's Tommys - Atkins @ 4[90] 2425[50] |
| 1069 | Mango Tommys Atkins 9's @ 4[90] 5238[10] |
| | Eduardo Hierro |
| | Lote # No — 12779 |
| | $24514[00] |

ENTERED

Truck Broker, if any: (Name and Address)

Motor Carrier Arranged for by ..... CONSIGNEE ☐ SHIPPER ☐

FREIGHT CHARGES TO BE PAID BY

☐ SHIPPER ☐ RECEIVER

The agreed or declared value of the property is hereby specifically stated by the shipper to be not in excess of $ ______

| TEMP. RECORDER | RECORDER # | CHART # |
|---|---|---|
| | | |

| | LOW | HIGH |
|---|---|---|
| TEMPERATURE RANGE TO BE MAINTAINED | | |

| | DATE | TIME |
|---|---|---|
| LOAD COMPLETED | | |

(SHIPPER) Sammy's Produce, Inc.
1280 N. Melrose
Vista, CA 92083
(760) 631-4250

Signature of Consignor

SPECIAL INSTRUCTIONS

TELEPHONE RECEIVER EVERY MORNING:

Phone: ______ (area code) (number)

DRIVER RECEIVED ABOVE PERISHABLE PROPERTY IN GOOD ORDER AND VERIFIED COUNT, EXCEPT AS NOTED.

Signed ______ Date ______

CONSIGNEE'S RECEIPT

Date: ______ Signed: ______

SAMMY'S
Produce, Inc.
P.O. Box 96 Vista, CA 92085
Business: 760-631-4250
Fax: 760-631-4255

# Invoice

| DATE | INVOICE # |
|---|---|
| 07/07/2007 | 2123 |
| **TERMS** | **DUE DATE** |
| NET 21 | 07/28/2007 |

| BILL TO |
|---|
| Hierro's Market - L.A. |

| SHIP DATE | SHIP VIA | TRACKING # | P.O. NUMBER | F.O.B. |
|---|---|---|---|---|
| 07/07/2007 | Sammy's | 114079 | AG | Origin |

| QUANITY | CODE / DESCRIPTION | UNIT PRI( | AMOUNT |
|---|---|---|---|
| 79 | • Roma Tomatoes XL | 10.85 | 857.15 |
| 240 | • Roma Tomatoes | 10.85 | 2,604.00 |
| 160 | • Roma Tomatoes Med. | 9.85 | 1,576.00 |
| | | TOTAL | $5,037.15 |

Shipper's Number: 114079

Date: 7/[illegible]/07

# MOTOR CARRIER

STRAIGHT BILL OF LADING
FOR EXEMPT COMMODITIES

Original Non-negotiable

| LICENSE | State | Number |
|---|---|---|
| TRUCK | | |
| TRAILER | | |

(NAME AND ADDRESS OF CARRIER)

RECEIVED, from the shipper named herein, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of the Bill of Lading, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the motor carrier, the shipper, and the truck broker, if any.

TO (Name and Address of Consignee): Hierros Marke

P.O. #: ag

DESTINATION: PLA Los Angeles

FROM: Sammy's Produce, Inc.
1280 N. Melrose
Vista, CA 92083
(760) 631-4250

STOP-OFF INSTRUCTIONS

Loaded at: (Specify location of cooler; packinghouse; field, etc.)

| No. Packages | Description of articles and special marks |
|---|---|
| 79 | Cnt Romas XL @ 10 85 (Exp[illegible] Pres) |
| 240 | Cnt Romas Lons @ 10 85 |
| 160 | cnt Rams med 9 85 |

ENTERED

857 45
2604 00
1576 00
~~5037 45~~
$ 5037.45 total

Truck Broker, if any: (Name and Address)

*Motor Carrier Arranged for by ..... CONSIGNEE* ☐ *SHIPPER* ☐

*FREIGHT CHARGES TO BE PAID BY*

☐ *SHIPPER* ☐ *RECEIVER*

*The agreed or declared value of the property is hereby specifically stated by the shipper to be not in excess of* $ ____________

| *TEMP. RECORDER* | *RECORDER #* | *CHART #* |
|---|---|---|
| | | |
| | *LOW* | *HIGH* |
| *TEMPERATURE RANGE TO BE MAINTAINED* | | |
| | *DATE* | *TIME* |
| *LOAD COMPLETED* | | |

(SHIPPER) Sammy's Produce, Inc.
1280 N. Melrose
Vista, CA 92083
(760) 631-4250

Signature of Consignor

SPECIAL INSTRUCTIONS

TELEPHONE RECEIVER EVERY MORNING:

Phone: ____________ (area code) (number)

DRIVER RECEIVED ABOVE PERISHABLE PROPERTY IN GOOD ORDER AND VERIFIED COUNT, EXCEPT AS NOTED.

Signed ____________ Date ____________

CONSIGNEE'S RECEIPT

Date: 7/7/07 Signed:

SAMMY'S
Produce, Inc.

P.O. Box 95 Vista, CA 92085
Business: 760-631-4250
Fax: 760-631-4255

# Invoice

| DATE | INVOICE # |
|---|---|
| 07/10/2007 | 2091 |
| **TERMS** | **DUE DATE** |
| NET 21 | 07/31/2007 |

| BILL TO |
|---|
| Hierro's Market - L.A.<br>746 South Central Avenue<br>Los Angeles, CA 90021 |

| SHIP DATE | SHIP VIA | TRACKING # | P.O. NUMBER | F.O.B. |
|---|---|---|---|---|
| 07/10/2007 | Sammy's | 114099 | AG | Origin |

| QUANITY | CODE / DESCRIPTION | UNIT PRI( | AMOUNT |
|---|---|---|---|
| 320 | • Roma Tomatoes | 13.85 | 4,432.00 |
| | | TOTAL | $4,432.00 |

Shipper's Number: 114099

Date: 7/10/07

(NAME AND ADDRESS OF CARRIER)

# MOTOR CARRIER
## STRAIGHT BILL OF LADING
FOR EXEMPT COMMODITIES

Original Non-negotiable

| LICENSE | State | Number |
|---|---|---|
| TRUCK | | |
| TRAILER | | |

RECEIVED, from the shipper named herein, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of the Bill of Lading, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the motor carrier, the shipper, and the truck broker, if any.

TO (Name and Address of Consignee): Hierros Mrkt

P.O. #: 04

DESTINATION: L.A. PLA Los Angeles

STOP-OFF INSTRUCTIONS

FROM: Sammy's Produce, Inc.
1280 N. Melrose
Vista, CA 92083
(760) 631-4250

Loaded at: (Specify location of cooler; packinghouse; field, etc.)

| No. Packages | Description of articles and special marks |
|---|---|
| 320- | Los Pinos Romas @ 13.85 |
| | Lot# 12782 |
| | $4,432.00 |

Truck Broker, if any: (Name and Address)

Motor Carrier Arranged for by ..... CONSIGNEE ☐ SHIPPER ☐

FREIGHT CHARGES TO BE PAID BY

☐ SHIPPER ☐ RECEIVER

*The agreed or declared value of the property is hereby specifically stated by the shipper to be not in excess of* $ ________

| TEMP. RECORDER | RECORDER # | CHART # |
|---|---|---|
| | | |

| | LOW | HIGH |
|---|---|---|
| TEMPERATURE RANGE TO BE MAINTAINED | | |

| | DATE | TIME |
|---|---|---|
| LOAD COMPLETED | | |

(SHIPPER) Sammy's Produce, Inc.
1280 N. Melrose
Vista, CA 92083
(760) 631-4250

Signature of Consignor

PECIAL INSTRUCTIONS

ELEPHONE RECEIVER EVERY MORNING:

hone: ________ (area code) (number)

DRIVER RECEIVED ABOVE PERISHABLE PROPERTY IN GOOD ORDER AND VERIFIED COUNT, EXCEPT AS NOTED.

Signed ________ Date ________

CONSIGNEE'S RECEIPT

Date: ________ Signed: ________

# SAMMY'S Produce, Inc.

P.O. Box 95 Vista, CA 92085
Business: 760-631-4250
Fax: 760-631-4255

# Invoice

| DATE | INVOICE # |
|---|---|
| 07/12/2007 | 2205 |
| **TERMS** | **DUE DATE** |
| NET 21 | 08/02/2007 |

**BILL TO**

Hierro's Market - L.A.
746 South Central Avenue
Los Angeles, CA 90021

| SHIP DATE | SHIP VIA | TRACKING # | P.O. NUMBER | F.O.B. |
|---|---|---|---|---|
| 07/12/2007 | Sammy's | 114142 | AG | Origin |

| QUANITY | CODE / DESCRIPTION | UNIT PRI( | AMOUNT |
|---|---|---|---|
| 160 | • Tomatoes - XL | 6.00 | 960.00 |
| 480 | • Roma Tomatoes | 16.10 | 7,728.00 |
| | | TOTAL | $8,688.00 |

Shipper's Number: 114142

Date: 07/12/07

(NAME AND ADDRESS OF CARRIER) PBH

# MOTOR CARRIER
**STRAIGHT BILL OF LADING**
**FOR EXEMPT COMMODITIES**
**Original Non-negotiable**

| LICENSE | State | Number |
|---|---|---|
| TRUCK | | |
| TRAILER | CA | 1WK2664 |

RECEIVED, from the shipper named herein, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of the Bill of Lading, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the motor carrier, the shipper, and the truck broker, if any.

TO (Name and Address of Consignee): Hierros Market

P.O. #: CA

FROM: Sammy's Produce, Inc.
1280 N. Melrose
Vista, CA 92083
(760) 631-4250

DESTINATION: PLA Los Angeles.

STOP-OFF INSTRUCTIONS: 746-South Central Ave. 213-272-2875. Jobenx - 1°

Loaded at: (Specify location of cooler; packinghouse; field, etc.)

| No. Packages | Description of articles and special marks |
|---|---|
| 160 | Cnt's Tomatoes 25# XL Aire Chip Lot # 12784 @ 6.00 960.00 |
| 180 | Cnts Roma Tom Large @ 16.00 400 — 12799 L 80 — 12801 L $ 7728.00 |
| | Eduardo Hierro |
| | 8688.00 $ |

Truck Broker, if any: (Name and Address)

Motor Carrier Arranged for by ..... CONSIGNEE ☐ SHIPPER ☐

FREIGHT CHARGES TO BE PAID BY

☐ SHIPPER ☐ RECEIVER

The agreed or declared value of the property is hereby specifically stated by the shipper to be not in excess of $ ____

| TEMP. RECORDER | RECORDER # | CHART # |
|---|---|---|
| | | |
| | **LOW** | **HIGH** |
| TEMPERATURE RANGE TO BE MAINTAINED | | |
| | **DATE** | **TIME** |
| LOAD COMPLETED | | |

(SHIPPER) Sammy's Produce, Inc.
1280 N. Melrose
Vista, CA 92083
(760) 631-4250

Signature of Consignor

PECIAL INSTRUCTIONS

ELEPHONE RECEIVER EVERY MORNING:

hone: ____ (area code) ____ (number)

DRIVER RECEIVED ABOVE PERISHABLE PROPERTY IN GOOD ORDER AND VERIFIED COUNT, EXCEPT AS NOTED.

Signed ____ Date ____

CONSIGNEE'S RECEIPT

Date: ____ Signed: ____

SAMMY'S
Produce, Inc.
P.O. Box 95 Vista, CA 92085
Business: 760-631-4250
Fax: 760-631-4255

# Invoice

| DATE | INVOICE # |
|---|---|
| 07/19/2007 | 2222 |
| **TERMS** | **DUE DATE** |
| NET 21 | 08/09/2007 |

**BILL TO**

Hierro's Market - L.A.
746 South Central Avenue
Los Angeles, CA 90021

| SHIP DATE | SHIP VIA | TRACKING # | P.O. NUMBER | F.O.B. |
|---|---|---|---|---|
| 07/19/2007 | Sammy's | 114180 | AG | Origin |

| QUANITY | CODE / DESCRIPTION | UNIT PRI( | AMOUNT |
|---|---|---|---|
| 99 | • Mangos - 6's | 3.00 | 297.00 |
| 1122 | • Mangos - 7's | 3.00 | 3,366.00 |
| 816 | • Mangos - 8's | 2.50 | 2,040.00 |
| 1224 | • Mangos - 12's | 6.00 | 7,344.00 |
| 1020 | • Mangos - 14's | 6.00 | 6,120.00 |
| | | TOTAL | $19,167.00 |

Shipper's Number: 114180

Date: 7/19/07

# MOTOR CARRIER
## STRAIGHT BILL OF LADING
FOR EXEMPT COMMODITIES

**Original Non-negotiable**

| | LICENSE State | LICENSE Number |
|---|---|---|
| TRUCK | | |
| TRAILER | | |

(NAME AND ADDRESS OF CARRIER)

RECEIVED, from the shipper named herein, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of the Bill of Lading, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the motor carrier, the shipper, and the truck broker, if any.

TO (Name and Address of Consignee): Hierros Market

P.O. #: 24

DESTINATION: P.L.A. Los Angeles CA

STOP-OFF INSTRUCTIONS

FROM: Sammy's Produce, Inc.
1280 N. Melrose
Vista, CA 92083
(760) 631-4250

Loaded at: (Specify location of cooler; packinghouse; field, etc.)

Truck Broker, if any: (Name and Address)

Motor Carrier Arranged for by ..... CONSIGNEE ☐ SHIPPER ☐

| No. Packages | Description of articles and special marks |
|---|---|
| [redacted] | ctns Kent Mangoes 6's c[redacted] $[redacted] |
| [redacted] | ctns Kent Mangoes-7's c[redacted] $[redacted] |
| [redacted] | ctns Kent Mangoes - 8's [redacted] $[redacted] |
| [redacted] | Ataulfo Mangoes-12's c[redacted] $[redacted] |
| [redacted] | Ataulfo Mangoes-14's c[redacted] $[redacted] |

LOT-# 12822

Nancy Hierro

$ [redacted]

FREIGHT CHARGES TO BE PAID BY

☐ SHIPPER ☐ RECEIVER

The agreed or declared value of the property is hereby specifically stated by the shipper to be not in excess of $ ________

| TEMP. RECORDER | RECORDER # | CHART # |
|---|---|---|
| | | |

| TEMPERATURE RANGE TO BE MAINTAINED | LOW | HIGH |
|---|---|---|
| | | |

| LOAD COMPLETED | DATE | TIME |
|---|---|---|
| | | |

(SHIPPER) Sammy's Produce, Inc.
1280 N. Melrose
Vista, CA 92083
(760) 631-4250

Signature of Consignor

PECIAL INSTRUCTIONS

ELEPHONE RECEIVER EVERY MORNING:

one: ________ (area code) (number)

DRIVER RECEIVED ABOVE PERISHABLE PROPERTY IN GOOD ORDER AND VERIFIED COUNT, EXCEPT AS NOTED.

Signed ________ Date ________

CONSIGNEE'S RECEIPT

Date: ________ Signed: ________

SAMMY'S
Produce, Inc.
P.O. Box 95 Vista, CA 92085
Business: 760-631-4250
Fax: 760-631-4255

# Invoice

| DATE | INVOICE # |
|---|---|
| 07/23/2007 | 2346 |
| **TERMS** | **DUE DATE** |
| NET 21 | 08/13/2007 |

**BILL TO**

Hierro's Market - L.A.
746 South Central Avenue
Los Angeles, CA 90021

| SHIP DATE | SHIP VIA | TRACKING # | P.O. NUMBER | F.O.B. |
|---|---|---|---|---|
| 07/23/2007 | Sammy's | 114281 | AG | Origin |

| QUANITY | CODE / DESCRIPTION | UNIT PRI( | AMOUNT |
|---|---|---|---|
| 33 | • Mangos - 6's | 3.40 | 112.20 |
| 549 | • Mangos - 7's | 3.40 | 1,866.60 |
| 2663 | • Mangos - 8's | 3.40 | 9,054.20 |
| 19 | • Mangos - 9's | 3.15 | 59.85 |
| | | TOTAL | $11,092.85 |

Shipper's Number: 114281
Date: 7/23/07

# MOTOR CARRIER
## STRAIGHT BILL OF LADING
FOR EXEMPT COMMODITIES
**Original Non-negotiable**

| | LICENSE State | LICENSE Number |
|---|---|---|
| TRUCK | | |
| TRAILER | | |

(NAME AND ADDRESS OF CARRIER)

RECEIVED, from the shipper named herein, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of the Bill of Lading, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the motor carrier, the shipper, and the truck broker, if any.

TO (Name and Address of Consignee): Hierros MARKET
P.O. #: Q4

FROM: **Sammy's Produce, Inc.**
1280 N. Melrose
Vista, CA 92083
(760) 631-4250

DESTINATION: PLA Los Angeles

STOP-OFF INSTRUCTIONS: 746-South.

Loaded at: (Specify location of cooler; packinghouse; field, etc.)

Truck Broker, if any: (Name and Address)

Motor Carrier Arranged for by ..... CONSIGNEE ☐ SHIPPER ☐

| No. Packages | Description of articles and special marks |
|---|---|
| [redacted] | Mangos - 6's T/Atkinge [redacted] |
| [redacted] | Mango's 7's T/Atkinsc [redacted] |
| [redacted] | Mango's 8's T/Atkinsc [redacted] |
| [redacted] | Mango's 9's T/Atkins [redacted] |
| 816 | Mango's 14's Ataulfos 4.40 ~~Returned~~ Returned |

Total
$ ~~11038.85~~

ENTERED

FREIGHT CHARGES TO BE PAID BY
11033.05 / 9.85
$ 3590.40
SHIPPER ☐ RECEIVER ☐

The agreed or declared value of the property is hereby specifically stated by the shipper to be not in excess of ~~$ 14683.25~~

| TEMP. RECORDER | RECORDER # | CHART # |
|---|---|---|
| | | |

| | LOW | HIGH |
|---|---|---|
| TEMPERATURE RANGE TO BE MAINTAINED | | |

| | DATE | TIME |
|---|---|---|
| LOAD COMPLETED | | |

(SHIPPER) **Sammy's Produce, Inc.**
1280 N. Melrose
Vista, CA 92083
(760) 631-4250

Signature of Consignor

SPECIAL INSTRUCTIONS

TELEPHONE RECEIVER EVERY MORNING:

Phone: ____ (area code) ____ (number)

DRIVER RECEIVED ABOVE PERISHABLE PROPERTY IN GOOD ORDER AND VERIFIED COUNT, EXCEPT AS NOTED.
Signed ____ Date ____

CONSIGNEE'S RECEIPT
Date: ____ Signed: ____

SAMMY'S
Produce, Inc.
P.O. Box 95 Vista, CA 92085
Business: 760-631-4250
Fax: 760-631-4255

# Invoice

| DATE | INVOICE # |
|---|---|
| 07/27/2007 | 2755 |
| **TERMS** | **DUE DATE** |
| NET 21 | 08/17/2007 |

**BILL TO**

Hierro's Market
24602 Raymond Way
Lakeforest, CA 92630

| SHIP DATE | SHIP VIA | TRACKING # | SALES REP. |
|---|---|---|---|
| 07/27/2007 | Sammy's | 114353 | AG |

| QUANITY | CODE / DESCRIPTION | UNIT PRI( | AMOUNT |
|---|---|---|---|
| 64 | • Mangos 10's | 5.65 | 361.60 |
| 397 | • Mangos 12's | 5.65 | 2,243.05 |
| 827 | • Mangos 14' | 5.65 | 4,672.55 |
| 1404 | • Mangos 16's | 5.25 | 7,371.00 |
| 392 | • Mangos 18's | 5.25 | 2,058.00 |
| 11 | • Mangos 12's | 1.00 | 11.00 |
| 101 | • Mangos 14's | 1.00 | 101.00 |
| 28 | • Mangos 14's | 1.50 | 42.00 |
| | | TOTAL | $16,860.20 |

Shipper's Number 114353

Date 7/27/07

**MOTOR CARRIER**
**STRAIGHT BILL OF LADING**
**FOR EXEMPT COMMODITIES**
**Original Non-negotiable**

| LICENSE | State | Number |
|---|---|---|
| TRUCK | | |
| TRAILER | | |

(NAME AND ADDRESS OF CARRIER)

RECEIVED, from the shipper named herein, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of the Bill of Lading, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the motor carrier, the shipper, and the truck broker, if any.

TO (Name and Address of Consignee) Hierros Market PLA.

P.O. # QY

DESTINATION Los Angeles CA.

STOP-OFF INSTRUCTIONS

FROM: Sammy's Produce, Inc.
1280 N. Melrose
Vista, CA 92083
(760) 631-4250

Loaded at: (Specify location of cooler; packinghouse; field, etc.)

| No. Packages | Description of articles and special marks |
|---|---|
| 64 | Mango's 10's Ataolfos 5.65 |
| 397 | " 12's " |
| 327 | " 14's " |
| 404 | " 16's " 5.25 |
| 392 | " 18's " |
| 11 | " 12's 1.00 |
| 601 | " 14's 1.00 1.50 3.00 |
| 636 | " 16's |
| 156 | " 18's |

Eduardo Hierro

Lot # 12838

Truck Broker, if any: (Name and Address)

7277.20

Motor Carrier Arranged for by ..... CONSIGNEE ☐ SHIPPER ☐

FREIGHT CHARGES TO BE PAID BY

☐ SHIPPER ☐ RECEIVER

9429.00

The agreed or declared value of the property is hereby specifically stated by the shipper to be not in excess of Total $ 16860.20

154.00

| TEMP. RECORDER | RECORDER # | CHART # |
|---|---|---|
| | | |
| TEMPERATURE RANGE TO BE MAINTAINED | LOW | HIGH |
| LOAD COMPLETED | DATE | TIME |

(SHIPPER) Sammy's Produce, Inc.
1280 N. Melrose
Vista, CA 92083
(760) 631-4250

Signature of Consignor

SPECIAL INSTRUCTIONS

TELEPHONE RECEIVER EVERY MORNING:

Phone: ________ (area code) (number)

DRIVER RECEIVED ABOVE PERISHABLE PROPERTY IN GOOD ORDER AND VERIFIED COUNT, EXCEPT AS NOTED.

Signed ________ Date ________

CONSIGNEE'S RECEIPT

Date: ________ Signed: ________

Exhibit 2

R5 v6

**Washington Mutual** 04-09-08

**IMPORTANT ACCOUNT INFORMATION**

## Notice of Returned Deposited Check

We want to let you know that a check deposited in, or cashed against, your account was returned unpaid. The check amount, along with a Returned Deposited Item Fee, was withdrawn from your account on the date listed above. If you have any questions, please call us at 1-800-374-4646.

Account Number: 441-121214-7

Reason for return: REFER TO ITEM

| | |
|---|---|
| Amount: | 10,000.00 |
| Fee : | 7.00 |
| Total : | 10,007.00 |

SAMMYS PRODUCE INC.
1635 ROSECRANS ST STE C
SAN DIEGO CA 92106-2278

00035
0U010002 000504142938






R5 v6

**Washington Mutual**

10-22-07

**IMPORTANT ACCOUNT INFORMATION**

Notice of Returned Deposited Check

We want to let you know that a check deposited in, or cashed against, your account was returned unpaid. The check amount, along with a Returned Deposited Item Fee, was withdrawn from your account on the date listed above. If you have any questions, please call us at 1-800-374-4646

Account Number: 441-121214-7

Reason for return: NON SUFFICIENT FUNDS

| | |
|---|---|
| Amount: | 1,500.00 |
| Fee : | 7.00 |
| Total : | 1,507.00 |

SAMMYS PRODUCE INC.
1635 ROSECRANS ST STE C
SAN DIEGO CA 92106-2278

00039
FL130003 0005059293

*122000166*
10/22/2007
6522367352

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-A
NOT SUFFICIENT FUNDS

[056007387] 10/19/2007
0000456097906


RETURN REASON-A NOT SUFFICIENT FUNDS

ROMERO'S MARKET & CARNICERIA INC.
24602 RAYMOND WAY
LAKE FOREST, CA 92630

1265

DATE 10/15/07

PAY TO THE ORDER OF Sammy's Produce Inc $ 1500.00

One thousand five hundred 00/100 DOLLARS

Bank of America

FOR

Eduardo Hierro Leon

⑈001265⑈ ⑆122000661⑆ 07354⑈69080⑈ ⑈0000150000⑈

⑈001265⑈ ⑆12 066⑆ 0735469080⑈ ⑈00001 000⑈

R5 v6

**Washington Mutual** 10-22-07

IMPORTANT
ACCOUNT
INFORMATION

Notice of Returned Deposited Check

We want to let you know that a check deposited in, or cashed against, your account was returned unpaid. The check amount, along with a Returned Deposited Item Fee, was withdrawn from your account on the date listed above. If you have any questions, please call us at 1-800-374-4646.

Account Number:
441-121214-7

Reason for return: NON SUFFICIENT FUNDS

| | | |
|---|---|---|
| Amount | : | 1,500.00 |
| Fee | : | 7.00 |
| Total | : | 1,507.00 |

SAMMYS PRODUCE INC.
1635 ROSECRANS ST STE C
SAN DIEGO CA 92106-2278

00038
FL130003 000505929365

*122000166*
10/22/2007
6522367351

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-A
NOT SUFFICIENT
FUNDS

E0560073873 10/19/2007
0000045609779066


RETURN REASON-A
NOT SUFFICIENT FUNDS
PRODUCE MARKET & CARNICERIA INC.
24802 RAYMOND WAY
LAKEFOREST, CA 92630
1266
DATE 10/22/07
PAY TO THE ORDER OF Sammy's Produce Inc. $1500.00
One thousand five hundred 00/100 DOLLARS
Bank of America
FOR
⑈001266⑈ ⑆122000661⑆ 07354⑈69080⑈ ⑈0000150000⑈

⑈001266⑈ ⑆122...0661⑆ 07354690800⑈ ⑈00001...000⑈

R5 v6

**Washington Mutual** 10-15-07

**IMPORTANT ACCOUNT INFORMATION**

Notice of Returned Deposited Check

We want to let you know that a check deposited in, or cashed against, your account was returned unpaid. The check amount, along with a Returned Deposited Item Fee, was withdrawn from your account on the date listed above. If you have any questions, please call us at 1-800-374-4646.

Account Number:
441-121214-7

Reason for return: NON SUFFICIENT FUNDS

| | |
|---|---|
| Amount: | 2,670.80 |
| Fee : | 7.00 |
| Total : | 2,677.80 |

SAMMYS PRODUCE INC.
1635 ROSECRANS ST STE C
SAN DIEGO CA 92106-2278

00014
FL110002 0005252730

*122000166*
10/15/2007
6126038159

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-A
NOT SUFFICIENT
FUNDS

[05600073873 10/12/2007
0000456009200

RETURN REASON-A
NOT SUFFICIENT FUNDS

MARKET & CARNICERIA INC.
31602 RAYMOND WAY
LAKEFOREST, CA 92630

1239

503729698 DATE 10-10-2007

PAY TO THE ORDER OF Sammy's Produce Inc. $ 2670.80

Two thousand six hundred seventy 80/100 DOLLARS

Bank of America

FOR Invoice 16432

Eduardo Alemo Leon

⑈001239⑈ ⑆122000661⑆ 07354⑈69080⑈ ⑈0000267080⑈

⑈001239⑈ ⑆122__0661⑆ 0735469080⑈ ⑈000026__080⑈

R5 v6

**Washington Mutual**

09-27-07

**IMPORTANT ACCOUNT INFORMATION**

Notice of Returned Deposited Check

We want to let you know that a check deposited in, or cashed against, your account was returned unpaid. The check amount, along with a Returned Deposited Item Fee, was withdrawn from your account on the date listed above. If you have any questions, please call us at 1-800-374-4646.

Account Number: 441-121214-7

Reason for return: NON SUFFICIENT FUNDS

| | |
|---|---|
| Amount: | 2,092.00 |
| Fee : | 7.00 |
| Total : | 2,099.00 |

SAMMYS PRODUCE INC.
1635 ROSECRANS ST STE C
SAN DIEGO CA 92106-2278

00001
FL110005 000522569723

---

*122000166*
09/27/2007
6526920320

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-A
NOT SUFFICIENT FUNDS

E0560073873 09/26/2007
000004860305703

RETURN REASON-A
NOT SUFFICIENT FUNDS

...MARKET & CARNICERIA INC.
RAYMOND WAY
LAKEFOREST, CA 507560636 09-24-07 8521-07

1180

DATE 09/18/07

PAY TO THE ORDER OF Sammy's Produce, Inc. $ 2092.00

Two thousand ninety-two 00/100 DOLLARS

Bank of America

FOR 522569723 09-27-07

Eduardo Hierro Leon

⑈001180⑈ ⑆122000661⑆ 07354⑈69080⑈ ⑈0000209200⑈

⑈001180⑈ ⑆122000661⑆ 07354690800⑈ ⑈0000209200⑈

R5 v6

**Washington Mutual**

08-06-07

IMPORTANT ACCOUNT INFORMATION

## Notice of Returned Deposited Check

We want to let you know that a check deposited in, or cashed against, your account was returned unpaid. The check amount, along with a Returned Deposited Item Fee, was withdrawn from your account on the date listed above. If you have any questions, please call us at 1-800-374-4646.

Account Number:
441-121214-7

Reason for return: NON SUFFICIENT FUNDS

| | |
|---|---|
| Amount: | 2,481.50 |
| Fee : | 7.00 |
| Total : | 2,488.50 |

SAMMYS PRODUCE INC.
1635 ROSECRANS ST STE C
SAN DIEGO CA 92106-2278

00007
FL100005 000520080063

*122000166*
08/06/2007
6221011940

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-A
NOT SUFFICIENT FUNDS

E0560073871 08/02/2007
00000456064 7981




⑈001053⑈ ⑆122000661⑆ 07354⑈69080⑈ ⑈0000248150⑈

R5 v6

**Washington Mutual** 10-09-07

**IMPORTANT ACCOUNT INFORMATION**

Notice of Returned Deposited Check

We want to let you know that a check deposited in, or cashed against, your account was returned unpaid. The check amount, along with a Returned Deposited Item Fee, was withdrawn from your account on the date listed above. If you have any questions, please call us at 1-800-374-4646.

Account Number:
441-121214-7

Reason for return: NON SUFFICIENT FUNDS

| | |
|---|---|
| Amount: | 1,070.80 |
| Fee : | 7.00 |
| Total : | 1,077.80 |

SAMMYS PRODUCE INC.
1635 ROSECRANS ST STE C
SAN DIEGO CA 92106-2278

00034
FL130004 0005031208

*122000166*
10/09/2007
6224288058

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-A
NOT SUFFICIENT FUNDS

E0560073873 10/04/2007
0000048603936613


RETURN REASON-A NOT SUFFICIENT FUNDS
MARKET & CARNICERIA INC.
24802 RAYMOND WAY
LAKEFOREST, CA 92630
1219
DATE 09/28/07
PAY TO THE ORDER OF Sammy's Produce Inc. $ 1070.80
One thousand seventy 80/100 DOLLARS
Bank of America
FOR INVOICE 16193
⑈001219⑈ ⑆122000661⑆ 07354⑉69080⑈ ⑈0000107080⑈

⑈001219⑈ ⑆122 0661⑆ 07354069080⑈ ⑈00001 080⑈

R5 v6

**Washington Mutual** 09-27-07 **IMPORTANT ACCOUNT INFORMATION**

## Notice of Returned Deposited Check

We want to let you know that a check deposited in, or cashed against, your account was returned unpaid. The check amount, along with a Returned Deposited Item Fee, was withdrawn from your account on the date listed above. If you have any questions, please call us at 1-800-374-4646.

Account Number:
441-121214-7

Reason for return: NON SUFFICIENT FUNDS

| | |
|---|---|
| Amount: | 760.00 |
| Fee : | 7.00 |
| Total : | 767.00 |

SAMMYS PRODUCE INC.
1635 ROSECRANS ST STE C
SAN DIEGO CA 92106-2278

00002
FL110005 000522569724

*122000166*
09/27/2007
6528920322

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-A
NOT SUFFICIENT
FUNDS

E0560073873 09/26/2007
0000048603057020




⑈001182⑈ ⑆122000661⑆ 0735469080⑈ ⑈0000076000⑈

R5 v6

**Washington Mutual** 07-20-07

**IMPORTANT ACCOUNT INFORMATION**

Notice of Returned Deposited Check

We want to let you know that a check deposited in, or cashed against, your account was returned unpaid. The check amount, along with a Returned Deposited Item Fee, was withdrawn from your account on the date listed above. If you have any questions, please call us at 1-800-374-4646.

Account Number: 441-121214-7

Reason for return: NON SUFFICIENT FUNDS

| | |
|---|---|
| Amount: | 4,921.50 |
| Fee : | 7.00 |
| Total : | 4,928.50 |

SAMMYS PRODUCE INC.
1635 ROSECRANS ST STE C
SAN DIEGO CA 92106-2278

00018
FL070002 000501319456

*122000166*
07/20/2007
6422905996

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-A NOT SUFFICIENT FUNDS

C0560073871 07/19/2007
000004560616529




⑈001010⑈ ⑆122000661⑆ 07354⑉69080⑈ ⑇0000492150⑇

R5 v6

**Washington Mutual**

07-27-07

IMPORTANT
ACCOUNT
INFORMATION

## Notice of Returned Deposited Check

We want to let you know that a check deposited in, or cashed against, your account was returned unpaid. The check amount, along with a Returned Deposited Item Fee, was withdrawn from your account on the date listed above. If you have any questions, please call us at 1-800-374-4646.

Account Number:
441-121214-7

Reason for return: NON SUFFICIENT FUNDS

| | |
|---|---|
| Amount: | 2,920.00 |
| Fee : | 7.00 |
| Total : | 2,927.00 |

SAMMYS PRODUCE INC.
1635 ROSECRANS ST STE C
SAN DIEGO CA 92106-2278

00035
FL070005 00052F 1595

*122000166*
07/27/2007
6426369100

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-A
NOT SUFFICIENT
FUNDS

E05600073873 07/26/2007
000004860136414

RETURN REASON-A
NOT SUFFICIENT FUNDS

...MARKET & CARNICERIA INC.
24602 RAYMOND WAY
LAKEFOREST, CA 92630

1035

DATE 02/20/07

PAY TO THE ORDER OF Sammy's Produce $2920.00

Two thousand nine-hundred twenty 00/100 DOLLARS

Bank of America

FOR invoice 113844

Eduardo Hierro Leon

⑈001035⑈ ⑆122000661⑆ 07354⑈69080⑈ ⑈0000292000⑈

⑈001035⑈ ⑆122000661⑆ 0735469080⑈ ⑈0000292000⑈

R5 v6

**Washington Mutual**

Notice of Returned Deposited Check

07-27-07

**IMPORTANT ACCOUNT INFORMATION**

We want to let you know that a check deposited in, or cashed against, your account was returned unpaid. The check amount, along with a Returned Deposited Item Fee, was withdrawn from your account on the date listed above. If you have any questions, please call us at 1-800-374-4646.

Account Number:
441-121214-7

Reason for return: NON SUFFICIENT FUNDS

| | |
|---|---|
| Amount: | 3,835.40 |
| Fee : | 7.00 |
| Total : | 3,842.40 |

SAMMYS PRODUCE INC.
1635 ROSECRANS ST STE C
SAN DIEGO CA 92106-2278

00034
FL070005 000525841594

---

*122000166*
07/27/2007
6426369099

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-A
NOT SUFFICIENT FUNDS

[0560073873] 07/26/2007
0000048601136413

RETURN REASON-A
NOT SUFFICIENT FUNDS

[illegible] MARKET & CARNICERIA INC.
24802 RAYMOND WAY
LAKEFOREST, CA 92630

1036

DATE 03/23/07

PAY TO THE ORDER OF Sammy's Produce $3835.40

Three thousand eight hundred thirty-five 40/100 DOLLARS

Bank of America

FOR 19688

Eduardo Huerio Leon

525841594 07-27-07 9328 02

⑈001036⑈ ⑆122000661⑆ 07354⑉69080⑈ ⑈0000383540⑈

⑈001036⑈ ⑆122000661⑆ 07354690801⑈ ⑈00[illegible]383540⑈

R5 v6

**Washington Mutual** 07-27-07

IMPORTANT
ACCOUNT
INFORMATION

## Notice of Returned Deposited Check

We want to let you know that a check deposited in, or cashed against, your account was returned unpaid. The check amount, along with a Returned Deposited Item Fee, was withdrawn from your account on the date listed above. If you have any questions, please call us at 1-800-374-4646.

Account Number:
441-121214-7

Reason for return: NON SUFFICIENT FUNDS

| | |
|---|---|
| Amount: | 2,069.00 |
| Fee : | 7.00 |
| Total : | 2,076.00 |

SAMMYS PRODUCE INC.
1635 ROSECRANS ST STE C
SAN DIEGO CA 92106-2278

00033
FL070005 00052F 1593

*122000166*
07/27/2007
6426369098

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-A
NOT SUFFICIENT
FUNDS

[05600073873 07/26/2007
0000046013641 2

RETURN REASON
NOT SUFFICIENT FUNDS

... MARKET & CARNICERIA INC.
24802 RAYMOND WAY
LAKEFOREST, CA 92630

1044

502351944 07-24-07 2014 07

PAY TO THE ORDER OF Sammy's Produce, Inc. $ 2069.00

Two Thousand sixty nine — 00/100 DOLLARS

Bank of America

FOR INV # 113826

Adela Gómez Rincon

⑈001044⑈ ⑆122000661⑆ 07354⑈69080⑈ ⑈0000206900⑈

⑈001044⑈ ⑆122000661⑆ 0735469080⑈ ⑈0000206900⑈

R5 v6

**Washington Mutual**

07-27-07

**IMPORTANT ACCOUNT INFORMATION**

Notice of Returned Deposited Check

We want to let you know that a check deposited in, or cashed against, your account was returned unpaid. The check amount, along with a Returned Deposited Item Fee, was withdrawn from your account on the date listed above. If you have any questions, please call us at 1-800-374-4646.

Account Number: 441-121214-7

Reason for return: NON SUFFICIENT FUNDS

| | |
|---|---|
| Amount: | 915.00 |
| Fee : | 7.00 |
| Total : | 922.00 |

SAMMYS PRODUCE INC.
1635 ROSECRANS ST STE C
SAN DIEGO CA 92106-2278

00036
FL070005 00052[illegible]1596

*122000166*
07/27/2007
6426369101

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-A
NOT SUFFICIENT FUNDS

C0560073873 07/26/2007
00000486013641I


RETURN REASON-A NOT SUFFICIENT FUNDS

RIBIERBO'S MARKET & CARNICERIA INC.
24602 RAYMOND WAY
LAKEFOREST, CA 92630

1037

DATE 02/17/07

PAY TO THE ORDER OF Sammys Produce $915.00

Nine hundred fifteen 00/100 DOLLARS

Bank of America

FOR Invoice 13998

⑈001037⑈ ⑆122000661⑆ 07354⑈69080⑈ ⑈0000091500⑈

⑈001037⑈ ⑆[illegible]22000661⑆ 07354690800⑈ ⑈00[illegible]0091500⑈

R5 v6

**Washington Mutual** 10-22-07 **IMPORTANT ACCOUNT INFORMATION**

Notice of Returned Deposited Check

We want to let you know that a check deposited in, or cashed against, your account was returned unpaid. The check amount, along with a Returned Deposited Item Fee, was withdrawn from your account on the date listed above. If you have any questions, please call us at 1-800-374-4646.

Account Number: 441-121214-7

Reason for return: NON SUFFICIENT FUNDS

| | |
|---|---|
| Amount: | 880.00 |
| Fee : | 7.00 |
| Total : | 887.00 |

SAMMYS PRODUCE INC.
1635 ROSECRANS ST STE C
SAN DIEGO CA 92106-2278

00040
FL130003 000505929367

*122000166*
10/22/2007
6522367356

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-A
NOT SUFFICIENT FUNDS

C05600738?3 10/19/2007
000004560979065




⑈001264⑈ ⑆122 J0661⑆ 0735469080⑈ ⑈00000 000⑈