BRYAN W. PEASE (SB# 239139)
302 Washington St. #404
San Diego, CA 92103
Telephone: (619) 723-0369
Facsimile: (619) 923-1001
email: bryanpease@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY'S PRODUCE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HIERRO'S MARKET and EDUARDO HIERRO,<br><br>Defendants. | Civil Action, No.: 08 CV 0860 H POR<br><br>CERTIFICATION OF INTERESTED PARTIES |

The undersigned counsel of record for Plaintiff certifies that the following listed parties have a direct pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

| Party | Interest/Connection |
|---|---|
| SAMMY'S PRODUCE, INC.<br>1635 Rosecrans St., Suite D<br>San Diego, CA 92106 | Plaintiff |
| HIERRO'S MARKET & CARNICERIA<br>24602 Raymond Way<br>Lake Forest, CA 92630 | Defendant |

Eduardo Hierro Defendant
24602 Raymond Way
Lake Forest, CA 92630

Dated: May 15, 2008

By: /s/ Bryan W. Pease
Bryan W. Pease
Attorney for Plaintiff