**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

SAMMY'S PRODUCE, INC.,

Plaintiff,

vs.

HIERRO'S MARKET & CARNICERIA, INC.; and EDUARDO HIERRO,

Defendants.

CASE NO. 08-CV-860 H (POR)

**SCHEDULING ORDER RE PLAINTIFF'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER**

On May 14, 2008, plaintiff Sammy's Produce, Inc. filed a complaint against defendants Hierro's Market & Carniceria, Inc. and Eduardo Hierro. (Doc. No. 1.) On May 15, 2008, Plaintiff filed an ex parte application for a temporary restraining order ("TRO") enforcing a statutory trust pursuant to Section 5(c) of the Perishable Agriculture Commodities Act, 7 U.S.C. § 499e(c), by restraining the transfer of any and all assets of Hierro's Market and Carniceria, Inc. (Doc. No. 3.) Plaintiff also filed a motion for a preliminary injunction. (Doc. No. 4.) Plaintiff states that Defendants owe $96,547.59 for sold and delivered wholesale produce, and that Defendants have provided several checks to Plaintiff that were dishonored due to insufficient funds. (Doc. No. 3.)

///

///

After reviewing Plaintiff's application, the Court sets a hearing on Plaintiff's application for a TRO and motion for a preliminary injunction on May 19, 2008 at 10:30 a.m. in courtroom 13. Although the Court has set a hearing on shortened time, the Court prefers notice to Defendants. Accordingly, Plaintiff shall provide Defendants with notice of the May 19, 2008 hearing. Plaintiff also shall make a reasonable effort to serve upon Defendants a copy of this Order, Plaintiff's complaint, Plaintiff's ex parte application for a TRO and all other documents filed by Plaintiff in this case.

IT IS SO ORDERED.

DATED: May 16, 2008

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT