Summons in a Civil Action (Rev 11/97)

FILED
2008 MAY 14 PM 1:31
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KNX DEPUTY

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

SAMMY'S PRODUCE, INC.,
Plaintiff

vs

HIERRO'S MARKET & CARNICERIA, INC., and EDUARDO HIERRO,
Defendants

**SUMMONS IN A CIVIL ACTION**
Case No.

'08 CV 0860 H POR

TO: (Name and Address of Defendant)

Eduardo Hierro
24602 Raymond Way
Lake Forest, CA 92630

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Bryan W. Pease
302 Washington St. #404
San Diego, CA 92103

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr. — MAY 14 2008
CLERK — DATE

K. HAMMERLY
By , Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| BRYAN W. PEASE, ESQ.<br>302 WASHINGTON STREET<br># 404<br>SAN DIEGO CA 92103<br>ATTORNEY FOR PLAINTIFF | 619-723-0369<br><br>Ref. No. or File No. | |
| Insert name of court and name of judicial district and branch if any.<br>UNITED STATES DISTRICT COURT - SOUTHERN DIVISION<br>OF CENTRAL DISTRICT | | |
| SHORT TITLE OF CASE:<br>SAMMY'S PRODUCE : HIERRO'S | | |

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 066661 | | | | 08-CV-860H |

## PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

   Scheduling Order re Plaintiff's Ex Parte Motion for TRO
   Summons and Complaint

2. a. Party served: EDUARDO HIERRO

   b. Person served: EDUARDO HIERRO

   c. Address:
   24602 RAYMOND WAY
   LAKE FOREST CA 92630

3. I served the party named in item 2
   a. by personally delivering the copies on 05/18/08 at 07:30PM

4. Person serving: DONALD CLAYTON

   Fee for Service: $ 40.00

All Counties Attorney Service
1625 E. 17th Street
Santa Ana, CA 92705
714-558-1403 FAX 714-558-0261

d. Registered California process server
(1) [ ] Employee or [ ] Independent Contractor
(2) Registration No. 2121
(3) County: ORANGE
(4) Expiration: 07/13/08

I declare under penalty of perjury, under the laws of the state of California that the foregoing is true and correct.

DATE: 06/05/08

> SIGNATURE D Clayton