BRYAN W. PEASE (SB# 239139)
302 Washington St. #404
San Diego, CA 92103
Telephone: (619) 723-0369
Facsimile: (619) 923-1001
email: bryanpease@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY'S PRODUCE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HIERRO'S MARKET and EDUARDO HIERRO,<br><br>Defendants. | Civil Action, No.: 08 CV 0860 H POR<br><br>REQUEST FOR ENTRY OF DEFAULT |

Plaintiff hereby respectfully requests an entry of default against defendants HIERRO'S MARKET & CARNICERIA, INC. and EDUARDO HIERRO. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend and that fact is made to appear by affidavit or otherwise, the clerk must enter the party's default. *See* Fed. R. Civ. P. 55(a). Rule 55 does not direct the manner in which default is to be entered in the court records. It appears that the fact of the default must be noted by the clerk on the court docket for use when the moving party subsequently seeks a default judgment. *Cf*. Fed. R. Civ. P. 77(d); *see also Connecticut Nat'l Mortg. Co. v. Brandstatter*, 897 F.2d 883, 884-885 (7th Cir. 1990) (although entry of default may properly be made on docket, party's default is not defeated merely because default is not recorded on docket).

Rule 55 does *not* require that a defending party be notified of the opposition party's application for entry of default. *Hawaii Carpenters' Trust Funds v. Stone*, 794 F.2d 508, 512 (9th Cir. 1986) (rule contains no notice requirement); *see* Fed. R. Civ. P. 55(a).

In the present case, the process server hand delivered the summons and complaint to a store manager at HIERRO'S MARKET & CARNICERIA, INC. on May 16, 2008, and mailed the documents to the corporation on May 17, 2008. *See* Proof of Service, attached as Exhibit A. The process server personally served EDUARDO HIERRO on May 18, 2008. *Id.* More than 20 days have elapsed since both parties were served, and both parties have failed to answer the complaint. Plaintiffs therefore respectfully request that the clerk enter a default against both defendants.

Dated: June 17, 2008

By: /s/ Bryan W. Pease
Bryan W. Pease
Attorney for Plaintiff

# Exhibit A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| BRYAN W. PEASE, ESQ.<br>302 WASHINGTON STREET<br># 404<br>SAN DIEGO CA 92103<br>ATTORNEY FOR PLAINTIFF | 619-723-0369<br><br>Ref. No. or File No. | |
| Insert name of court and name of judicial district and branch if any.<br>UNITED STATES DISTRICT COURT - SOUTHERN DIVISION<br>OF CENTRAL DISTRICT | | |
| SHORT TITLE OF CASE:<br>SAMMY'S PRODUCE : HIERRO'S | | |

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 066660 | | | | 08-CV-860H |

PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

   Scheduling Order re Plaintiff's Ex Parte Motion for TRO
   Summons and Complaint

2. Party served: HIERRO'S MARKET & CARNICERIA, INC.

   Address: 24602 RAYMOND WAY
   LAKE FOREST CA 92630

3. I served the party named in item 2
   By leaving the copies with or in the presence of:
   JOSE HIERRO
   Whose relationship is: STORE MANAGER
   (Business) A person at least 18 years of age apparently in charge
   At the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   On: 05/16/08 At: 05:10PM

   A declaration of diligence is attached if required.

   A declaration of mailing is attached if required.

   Person serving: DONALD CLAYTON Fee for service: $ 149.95

All Counties Attorney Service
1625 E. 17th Street
Santa Ana, CA 92705
714-558-1403 FAX 714-558-0261

d. Registered California process server
(1) [ ] Employee or [ ] Independent Contractor
(2) Registration No. 2121
(3) County: ORANGE
(4) Expiration: 07/13/08

I declare under penalty of perjury, under the laws of the state of California that the foregoing is true and correct.

DATE: 06/05/08

> SIGNATURE [signature]

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| BRYAN W. PEASE, ESQ.<br>302 WASHINGTON STREET<br># 404<br>SAN DIEGO CA 92103<br>ATTORNEY FOR PLAINTIFF | 619-723-0369<br><br>Ref. No. or File No. | |
| Insert name of court and name of judicial district and branch if any.<br>UNITED STATES DISTRICT COURT - SOUTHERN DIVISION<br>OF CENTRAL DISTRICT | | |
| SHORT TITLE OF CASE:<br>SAMMY'S PRODUCE : HIERRO'S | | |

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 066661 | | | | 08-CV-860H |

PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

   Scheduling Order re Plaintiff's Ex Parte Motion for TRO
   Summons and Complaint

2. a. Party served: EDUARDO HIERRO

   b. Person served: EDUARDO HIERRO

   c. Address:
      24602 RAYMOND WAY
      LAKE FOREST CA 92630

3. I served the party named in item 2
   a. by personally delivering the copies on 05/18/08 at 07:30PM

4. Person serving: DONALD CLAYTON

   Fee for Service: $ 40.00

All Counties Attorney Service
1625 E. 17th Street
Santa Ana, CA 92705
714-558-1403 FAX 714-558-0261

d. Registered California process server
(1) [ ] Employee or [ ] Independent Contractor
(2) Registration No. 2121
(3) County: ORANGE
(4) Expiration: 07/13/08

I declare under penalty of perjury, under the laws of the state of California that the foregoing is true and correct.

DATE: 06/05/08

> SIGNATURE [signature]

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| BRYAN W. PEASE, ESQ.<br>302 WASHINGTON STREET<br># 404<br>SAN DIEGO CA 92103 | 619-723-0369<br><br>Ref. No. or File No. | |
| ATTORNEY FOR PLAINTIFF | | |
| Insert name of court and name of judicial district and branch if any.<br>UNITED STATES DISTRICT COURT - SOUTHERN DIVISION<br>OF CENTRAL DISTRICT | | |
| SHORT TITLE OF CASE:<br>SAMMY'S PRODUCE : HIERRO'S | | |

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 066660 | | | | 08-CV-860H |

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the county of ORANGE
INC.
State of California. I am and was on the dates herein mentioned, over the age of eighteen years and not a party to the action. on 05/17/08 after substituted service under section 415.20(a) or 415.20(b) C.C.P., was made, I served the within:

Scheduling Order re Plaintiff's Ex Parte Motion for TRO
Summons and Complaint

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: SANTA ANA , California, addressed as follows:

HIERRO'S MARKET & CARNICERIA,
INC.

24602 RAYMOND WAY
LAKE FOREST CA 92630

Declarant: DONALD CLAYTON

All Counties Attorney Service
1625 E. 17th Street
Santa Ana, CA 92705
714-558-1403 FAX 714-558-0261

d. Registered California process server
(1) [ ] Employee or [ ] Independent Contractor
(2) Registration No. 2121
(3) County: ORANGE
(4) Expiration: 07/13/08

I declare under penalty of perjury, under the laws of the state of California that the foregoing is true and correct.

DATE: 06/05/08

>
SIGNATURE