BRYAN W. PEASE (SB# 239139)
302 Washington St. #404
San Diego, CA 92103
Telephone: (619) 723-0369
Facsimile: (619) 923-1001
email: bryanpease@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY'S PRODUCE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HIERRO'S MARKET and EDUARDO HIERRO,<br><br>Defendants. | Civil Action, No.: 08 CV 0860 H POR<br><br>REQUEST FOR DEFAULT JUDGMENT |

Plaintiff hereby respectfully requests a default judgment against defendants HIERRO'S MARKET & CARNICERIA, INC. and EDUARDO HIERRO. Fed. Rule Civ. Proc. 55(b) provides:

> If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk--on the plaintiff's request, with an affidavit showing the amount due--must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person.

As sworn to in the accompanying declaration of Yan Skwara, the amount owing based on the matter alleged in the Complaint, with interest, is $109,852.34. Additionally, Plaintiff has incurred attorney's fees in the amount of $3,420, as sworn in the accompanying declaration of Bryan W. Pease.

Entry of default in this case occurred on June 17, 2008. Plaintiff now respectfully requests a default judgment in the amount of $113,272.34 and the return of the $750 bond posted with the clerk for the preliminary injunction entered in this matter.

Dated: July 17, 2008

By: /s/ Bryan W. Pease
Bryan W. Pease
Attorney for Plaintiff