BRYAN W. PEASE (SB# 239139)
302 Washington St. #404
San Diego, CA 92103
Telephone: (619) 723-0369
Facsimile: (619) 923-1001
email: bryanpease@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY'S PRODUCE, INC., Plaintiff, v. HIERRO'S MARKET & CARNICERIA and EDUARDO HIERRO, Defendants. | Civil Action, No.: 08 CV 0860 H POR<br><br>DECLARATION OF BRYAN W. PEASE IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT |

Bryan W. Pease, being duly sworn, deposes and says:

1. I am the attorney of record for Plaintiff in this case.

2. I am personally familiar with all matters which are the subject of this proceeding and the facts set forth in this declaration are within my personal knowledge. If called upon as a witness, I would and could competently testify to all facts stated in this declaration.

3. My hourly rate is $180 per hour. The billable hours I have spent on this matter are as follows:

10 – review the case, draft and file the complaint and TRO application

1 – review and serve the TRO issued

3 – prepare for and attend the PI hearing

2 – research and file the request for entry of default

3 – research and file the request for default judgment and Skwara declaration

Total: 19

4. The total amount billed on this matter is $3,420.

I declare under penalty of perjury that the foregoing is true and correct to my knowledge, except those matters alleged on the basis of information or belief, and as to those matters, I believe them to be true.

Executed on July 17, 2008

By: /s/ Bryan W. Pease
Bryan W. Pease