# PROOF OF SERVICE BY MAIL

***Sammy's Produce, Inc. v. Hierro's Market & Carniceria, Inc.***
U.S. District Court Case No.: 08-CV-860 H (POR)

I, Bryan Pease, declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to the action; and I reside in the County of San Diego, California, in which county the within mentioned service occurred. My business address is 302 Washington St. #404, San Diego, CA 92103.

I CAUSED TO BE SERVED, THE FOLLOWING DOCUMENTS:

**REQUEST FOR ENTRY OF DEFAULT; DECLARATION OF YAN SKWARA; DECLARATION OF BRYAN W. PEASE**

I served the individuals named by placing the documents in a sealed envelope addressed to each addressee as follows. I then deposited the sealed envelopes with the United States Postal Service with the postage fully prepaid this same day.

Hierro's Market & Carniceria, Inc.
24602 Raymond Way
Lakeforest, CA 92630

Eduardo Hierro
24602 Raymond Way
Lakeforest, CA 92630

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 17, 2008, San Diego, California.

/s/ Bryan W. Pease
Bryan W. Pease