# UNITED STATES DISTRICT COURT

**Southern District of California**

Sammy's Produce Inc

Plaintiff,

v.

Case No.: 3:08−cv−00860−H−POR
Judge Marilyn L. Huff

Hierro's Market & Carniceria, Inc., et al.

Defendant.

---

**CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE**

IT IS HEREBY ORDERED AND ADJUDGED

It appears from the records in the above entitled action that DEFAULT has been entered in this case against each of the following defendants: Hierro's Market & Carniceria, Inc., and Eduardo Hierro

Pursuant to FRCP Rule 55(b)(1), upon request and affidavit of the plaintiff, Default Judgment by the Clerk is entered in the sum certain amount of $100,927.04 in favor of Sammy's Produce, Inc. and against Hierro's Market & Carniceria, Inc., and Eduardo Hierro

W. Samuel Hamrick, Jr.,
Clerk of the Court

ENTERED: August 25, 2008

By: s/ A. Garcia, Deputy Clerk